**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails:  ghayes@tysonmendes.com
TYRUS COBB
Nevada Bar No. 8031
tcobb@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE MARIE BARTLETT,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., a foreign corporation d/b/a Walmart #1584; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-1931-MMD-BNW<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff YVONNE MARIE BARTLETT, an individual, by and through her counsel, MOSS BERG INJURY LAWYERS and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party

///

///

///

///

///

///

///

1

to bear their own fees and costs.

Dated this 9th day of March, 2026.

Dated this 9th day of March, 2026.

**TYSON & MENDES LLP**

**MOSS BERG INJURY LAWYERS**

/s/ *Griffith Hayes*

/s/ *Drue Solomon*

GRIFFITH H. HAYES
Nevada Bar No. 7374
TYRUS COBB
Nevada Bar No. 8031
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

DRUE R. SOLOMON
Nevada Bar No. 14276
BOYD B. MOSS
Nevada Bar No. 8856
5420 West Sahara Avenue, Ste. 101
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED this 9th day of March, 2026**

2

**Stefania Rota Scalabrini**

| | |
|---|---|
| **From:** | Drue Solomon <Drue@mossberglv.com> |
| **Sent:** | Monday, March 9, 2026 10:44 AM |
| **To:** | Stefania Rota Scalabrini |
| **Cc:** | Griffith Hayes; Candace Wiltsie |
| **Subject:** | Re: Yvonne Bartlett  FRE 408 |

You can use my esignature. Thanks!

On Mar 9, 2026, at 10:29 AM, Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com> wrote:

Good morning Mr. Solomon,

Please see attached Stipulation to Dismiss. Please let us know if we have permission to affix your signature. Thank you.

Stefania Rota Scalabrini
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Stefania Rota Scalabrini
**Sent:** Thursday, March 5, 2026 4:07 PM
**To:** 'Candace Wiltsie' <candace@mossberglv.com>; Griffith Hayes <ghayes@TysonMendes.com>; Jonpierre Colas <jcolas@TysonMendes.com>
**Cc:** Drue Solomon <Drue@mossberglv.com>
**Subject:** RE: Yvonne Bartlett FRE 408

Good afternoon Candace,